IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**GILBERTO RUELAS, JR.**                                                                 **PLAINTIFF**

V.                          **CASE NO. 5:24-CV-5128**

**CHIEF OF POLICE CODY HARPER,**
Centerton Police Department                                              **DEFENDANT**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 9) filed in this case on August 27, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey the orders of the Court, and his failure to comply with Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 16th day of September, 2024.

                                                           */s/ Timothy L. Brooks*
                                                           TIMOTHY L. BROOKS
                                                           UNITED STATES DISTRICT JUDGE